IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

|  |  |  |
|---|---|---|
| BOBSON KAMARA, | * | |
| Petitioner, | * | |
| vs. | * | CASE NO.4:13-CV-97-CDL |
| ERIC HOLDER, *et al.*, | * | |
| Respondents. | * | |

## ORDER ON REPORT AND RECOMMENDATION

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 10, 2013, is hereby approved, adopted, and made the Order of the Court. The objections of the Petitioner to the Report and Recommendation have been considered and are found to be without merit. To the extent that Petitioner attempts to appeal this order and to the extent that a Certificate of Appealability is required to pursue such an appeal, the Court finds that Petitioner cannot meet the requirements for obtaining a Certificate of Appealability, and therefore, one is not granted.

IT IS SO ORDERED, this 18th day of October, 2013.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE